**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
Case No.: 0:23-CV-62432-RS

SPEECH TRANSCRIPTION, LLC

    Plaintiff,

v.

SENTINELONE, INC.

    Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE* FOR GENE W. LEE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear Pro Hac Vice for Gene W. Lee, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion is GRANTED. Gene W. Lee may appear and participate in this action on behalf of Defendant SentinelOne, Inc. The Clerk shall provide electronic notification of all electronic filings to Gene W. Lee at GLee@perkinscoie.com.

DONE AND ORDERED at Fort Lauderdale, Florida on _____ day of _____, 2024.

                                                                                                                        _____
                                                                                                                        RODNEY SMITH
                                                                                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record