UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:23-cv-62432-RS

Speech Transcription, LLC

      Plaintiff,

v.

SentinelOne, Inc.

      Defendant.

_____/

**UNOPPOSED MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

      In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Randall Thomas Garteiser of the law firm of Garteiser Honea, PLLC, 119 W Ferguson St., Tyler, TX. 75702, 903-705-7420, for purposes of appearance as co-counsel on behalf of Speech Transcription, LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Randall Thomas Garteiser to receive electronic filings in this case, and in support thereof states as follows:

      1.    Randall Thomas Garteiser is not admitted to practice in the Southern District of Florida and is a member in good standing of the Supreme Court of Texas, Eastern District of Texas.

      2.    Movant, Barbra A. Stern, Esquire, of the Law Office of Barbra Stern PA, 808 E. Las Olas Blvd., Suite 102, Fort Lauderdale, FL 33301, 954-239-7249, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance

with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Randall Thomas Garteiser has made payment of this Court's $200 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Randall Thomas Garteiser, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Randall Thomas Garteiser at email address: litigation@ghiplaw.com.

WHEREFORE, Barbra A. Stern, moves this Court to enter an Order Randall Thomas Garteiser, to appear before this Court on behalf of Speech Transcription, LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Randall Thomas Garteiser.

Date: February 22, 2024        Respectfully submitted,

/s/Barbra A. Stern
Barbra A. Stern
Florida Bar No. 525576
barbra@sternlawoffice.com
Law Office of Barbra Stern PA
808 E. Las Olas Blvd., Suite 102
Fort Lauderdale, FL 33301
954-239-7249
Attorney for Speech Transcription, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which caused a copy to be served on all counsel of record.

**SERVICE LIST:**

**JOSEPH W. BAIN**
Email: jbain@shutts.com
**SHUTTS & BOWEN LLP**
1100 CityPlace Tower
525 Okeechobee Boulevard
West Palm Beach, Florida 33401
Telephone: (561) 835-8500
Facsimile: (561) 650-8530

**JODI-ANN TILLMAN**
Email: JTillman@shutts.com
**SHUTTS & BOWEN LLP**
201 East Las Olas Boulevard
Suite 2200
Fort Lauderdale, Florida 33301
Telephone: (954) 524-5505
Facsimile: (954) 524-5506

**Gene Lee**
**Perkins Coie LLP**
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
T. +1.212.261.6825
F. +1.212.977.1638
E. GLee@perkinscoie.com
***ATTORNEYS FOR DEFENDANT* SENTINELONE, INC.**

          By: /s/Barbra A. Stern
              Barbra A. Stern