UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:23-cv-62432-RS

Speech Transcription, LLC

      Plaintiff,

v.

SentinelOne, Inc.

      Defendant.

_____/

**CERTIFICATION OF RANDALL THOMAS GARTEISER**

    Randall Thomas Garteiser, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of the State Bar of Texas; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                /s/ Randall Thomas Garteiser
                                                  Randall Thomas Garteiser