UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:23-CV-62432-RS

SPEECH TRANSCRIPTION, LLC

    Plaintiff,

v.

SENTINELONE, INC.

    Defendant.
_____/

**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, defendant SentinelOne, Inc., by and through counsel, hereby certify the following:

SentinelOne has no parent corporation, and no public corporation owns 10% or more of the company's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: February 23, 2024

Respectfully submitted,

*/s/Joseph W. Bain*
JOSEPH W. BAIN, ESQ.
Florida Bar No. 860360
Email Address:  jbain@shutts.com
**SHUTTS & BOWEN LLP**
1100 CityPlace Tower
525 Okeechobee Boulevard
West Palm Beach, Florida 33401
Telephone:  (561) 835-8500
Facsimile:  (561) 650-8530

*Attorney for SentinelOne, Inc.*

- 1 -