**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Case No.: 0:23-CV-62432-RS**

SPEECH TRANSCRIPTION, LLC

      Plaintiff,

v.

SENTINELONE, INC.

      Defendant.

_____/

**ELECTION TO JURISDICTION BY A UNITED STATES**
**MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

| # | Motion | Yes | No |
|---|---|---|---|
| 1. | **Motions to Dismiss** | Yes ___ | No _X_ |
| 2. | **Motions for Summary Judgment** | Yes ___ | No _X_ |
| 3. | **Motions for Attorneys' Fees** | Yes ___ | No _X_ |
| 4. | **Motions for Costs** | Yes ___ | No _X_ |
| 5. | **Motions for Sanctions** | Yes ___ | No _X_ |
| 6. | **All Pretrial Motions** | Yes ___ | No _X_ |
| 7. | **Discovery** | Yes _X_ | No ___ |
| 8. | **Other** (*explain below*) | Yes ___ | No _X_ |

Dated: February 26, 2024

| | |
|---|---|
| */s/Randall Garteiser* <br> **Randall Garteiser** (*Pro hac vice*) <br> Garteiser Honea, PLLC <br> 119 W. Ferguson Street <br> Tyler, Texas 75702 <br> Tel: 903-7057420 <br> Email: rgarteiser@ghiplaw.com <br><br> and <br><br> Barbra Anne Stern <br> Florida Bar No. 525576 <br> Email: barbra@sternlawoffice.com <br> Law Office of Barbra Stern PA <br> 808 E. Las Olas Blvd. <br> Suite 102 <br> Fort Lauderdale, Florida 33301 <br> Telephone: (954) 239-7249 <br><br> ***Attorneys for Plaintiff*** <br> ***Speech Transcription, LLC*** | By: */s/ Joseph W. Bain* <br> **JOSEPH W. BAIN** <br> Florida Bar No. 860360 <br> Email: jbain@shutts.com <br> **SHUTTS & BOWEN LLP** <br> 1100 CityPlace Tower <br> 525 Okeechobee Boulevard <br> West Palm Beach, Florida 33401 <br> Telephone: (561) 835-8500 <br> Facsimile: (561) 650-8530 <br><br> and <br><br> **JODI-ANN TILLMAN** <br> Florida Bar No. 1022214 <br> Email: JTillman@shutts.com <br> **SHUTTS & BOWEN LLP** <br> 201 East Las Olas Boulevard <br> Suite 2200 <br> Fort Lauderdale, Florida 33301 <br> Telephone:  (954) 524-5505 <br> Facsimile:  (954) 524-5506 <br><br> **GENE W. LEE, ESQ.** <br> *Pro hac vice* <br> glee@perkinscoie.com <br> **PERKINS COIE LLP** <br> 1155 Avenue of the Americas, 22nd floor <br> New York, NY 10036 <br> Telephone: (212) 262-6900 <br> Facsimile: (212) 977-1649 <br><br> ***Attorneys for Defendant SentinelOne, Inc.*** |

WPBDOCS 20881174 1

Dated: February 26, 2024

| | |
|---|---|
| */s/Randall Garteiser* <br> **Randall Garteiser** (*Pro hac vice*) <br> Garteiser Honea, PLLC <br> 119 W. Ferguson Street <br> Tyler, Texas 75702 <br> Tel: 903-7057420 <br> Email: rgarteiser@ghiplaw.com <br><br> and <br><br> Barbra Anne Stern <br> Florida Bar No. 525576 <br> Email: barbra@sternlawoffice.com <br> Law Office of Barbra Stern PA <br> 808 E. Las Olas Blvd. <br> Suite 102 <br> Fort Lauderdale, Florida 33301 <br> Telephone: (954) 239-7249 <br><br> ***Attorneys for Plaintiff*** <br> ***Speech Transcription, LLC*** | By: */s/ Joseph W. Bain* <br> **JOSEPH W. BAIN** <br> Florida Bar No. 860360 <br> Email: jbain@shutts.com <br> **SHUTTS & BOWEN LLP** <br> 1100 CityPlace Tower <br> 525 Okeechobee Boulevard <br> West Palm Beach, Florida 33401 <br> Telephone: (561) 835-8500 <br> Facsimile: (561) 650-8530 <br><br> and <br><br> **JODI-ANN TILLMAN** <br> Florida Bar No. 1022214 <br> Email: JTillman@shutts.com <br> **SHUTTS & BOWEN LLP** <br> 201 East Las Olas Boulevard <br> Suite 2200 <br> Fort Lauderdale, Florida 33301 <br> Telephone:  (954) 524-5505 <br> Facsimile:  (954) 524-5506 <br><br> **GENE W. LEE, ESQ.** <br> *Pro hac vice* <br> glee@perkinscoie.com <br> **PERKINS COIE LLP** <br> 1155 Avenue of the Americas, 22nd floor <br> New York, NY 10036 <br> Telephone: (212) 262-6900 <br> Facsimile: (212) 977-1649 <br><br> ***Attorneys for Defendant SentinelOne, Inc.*** |

WPBDOCS 20881174 1