UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:23-CV-62432-RS

SPEECH TRANSCRIPTION, LLC

    Plaintiff,

v.

SENTINELONE, INC.

    Defendant.

_____/

**STIPULATION AND JOINT MOTION TO TRANSFER THE CASE TO THE NORTHERN DISTRICT OF CALIFORNIA**

Plaintiff Speech Transcription, LLC ("Speech Transcription") and Defendant SentinelOne, Inc. ("SentinelOne") hereby stipulate and jointly move to transfer this case to the United States Northern District of California.

SentinelOne's headquarters is in Mountain View, California, located in the Northern District of California, which is the U.S. location where the most personnel and documents potentially relevant to this action are located.

Both parties agree to transfer the case to the Northern District of California and move for an order transferring the case to the Northern District of California.

Dated: February 28, 2024

<div style="display: flex;">

*/s/Randall Garteiser*
**Randall Garteiser** (*Pro hac vice*)
Garteiser Honea, PLLC
119 W. Ferguson Street
Tyler, Texas 75702
Tel: 903-7057420
Email: rgarteiser@ghiplaw.com

and

Barbra Anne Stern
Florida Bar No. 525576
Email: barbra@sternlawoffice.com
Law Office of Barbra Stern PA
808 E. Las Olas Blvd.
Suite 102
Fort Lauderdale, Florida 33301
Telephone: (954) 239-7249

*Attorneys for Plaintiff*
*Speech Transcription, LLC*

</div>

By: */s/ Joseph W. Bain*
**JOSEPH W. BAIN**
Florida Bar No. 860360
Email:  jbain@shutts.com
**SHUTTS & BOWEN LLP**
1100 CityPlace Tower
525 Okeechobee Boulevard
West Palm Beach, Florida 33401
Telephone: (561) 835-8500
Facsimile: (561) 650-8530

and

**JODI-ANN TILLMAN**
Florida Bar No. 1022214
Email: JTillman@shutts.com
**SHUTTS & BOWEN LLP**
201 East Las Olas Boulevard
Suite 2200
Fort Lauderdale, Florida 33301
Telephone:     (954) 524-5505
Facsimile:      (954) 524-5506

**GENE W. LEE, ESQ.**
*Pro hac vice*
glee@perkinscoie.com
**PERKINS COIE LLP**
1155 Avenue of the Americas, 22nd floor
New York, NY 10036
Telephone: (212) 262-6900
Facsimile: (212) 977-1649

*Attorneys for Defendant SentinelOne, Inc.*

WPBDOCS 20901070 1