**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Case No.: 0:23-CV-62432-RS

SPEECH TRANSCRIPTION, LLC

      Plaintiff,

v.

SENTINELONE, INC.

      Defendant.

_____/

**ORDER GRANTING STIPULATION AND JOINT MOTION TO TRANSFER THE CASE TO THE NORTHERN DISTRICT OF CALIFORNIA**

THIS CAUSE having come before Court on the parties' Stipulation and Joint Motion to Transfer the Case to the Northern District of California, and the Court having considered the Stipulation and Motion and good cause appearing, it is hereby:

ORDERED and ADJUDGED; the case is hereby transferred to the Northern District of California.

DONE AND ORDERED at Fort Lauderdale, Florida on _____ day of _____, 2024.

                                                               _____
                                                               RODNEY SMITH
                                                               UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record