UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:23-CV-62432-RS

SPEECH TRANSCRIPTION, LLC

    Plaintiff,

v.

SENTINELONE, INC.

    Defendant.

_____/

**ORDER GRANTING STIPULATION AND JOINT MOTION TO TRANSFER THE CASE TO THE NORTHERN DISTRICT OF CALIFORNIA**

This cause is before the Court on the parties' Stipulation and Joint Motion to Transfer the Case to the Northern District of California [DE 20]. Upon consideration, it is

ORDERED that the parties' Stipulation and Joint Motion to Transfer the Case to the Northern District of California [DE 20] is **GRANTED.** The Clerk is directed to transfer this case to the Northern District of California.

DONE AND ORDERED in Fort Lauderdale, Florida on this 29th day of February, 2024.

                                                                    RODNEY SMITH
                                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record