PAB,PATENT

# U.S. District Court
## Southern District of Florida (Ft Lauderdale)
## CIVIL DOCKET FOR CASE #: 0:23−cv−62432−RS

Speech Transcription, LLC v. SentinelOne, Inc.     Date Filed: 12/29/2023
Assigned to: Judge Rodney Smith     Jury Demand: Plaintiff
Cause: 35:0271 Patent Infringement     Nature of Suit: 830 Patent
    Jurisdiction: Federal Question

**Plaintiff**

**Speech Transcription, LLC**     represented by     **Randall Thomas Garteiser**
    Garteiser Honea, PLLC
    119 W. Ferguson Street
    Tyler, TX 75702
    (903) 705−7420
    Email: litigation@ghiplaw.com
    *PRO HAC VICE*
    *ATTORNEY TO BE NOTICED*

    **Barbara A. Stern**
    Law Office of Barbra Stern PA
    1 East Broward Blvd.
    Suite 700
    Fort Lauderdale, FL 33301
    954−745−5840
    Email: barbra@sternlawoffice.com
    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SentinelOne, Inc.**     represented by     **Joseph William Bain**
    Shutts & Bowen LLP
    City Place Tower
    525 Okeechobee Blvd
    Suite 1100
    West Palm Beach, FL 33401
    561−650−8523
    Fax: 561 822−5502
    Email: jbain@shutts.com
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Gene W. Lee**
    Perkins Coie LLP
    1155 Avenue of the Americas, 22nd Floor
    New York, NY 10036
    212−262−6900
    Email: GLee@perkinscoie.com
    *PRO HAC VICE*
    *ATTORNEY TO BE NOTICED*

**Jodi−Ann Rene Tillman**
Shutts , Bowen LLP
200 East Broward Boulevard, Suite 2100
Fort Lauderdale, FL 33301
561−671−5822
Fax: 561−650−8530
Email: jtillman@shutts.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2023 | Ï 1 | COMPLAINT against SentinelOne, Inc.. Filing fees $ 405.00 receipt number AFLSDC−17177648, filed by Speech Transcription, LLC. (Attachments: # 1 Exhibit Exhibit A to Complaint, # 2 Exhibit Exhibit B to Complaint, # 3 Civil Cover Sheet Civil Cover Sheet, # 4 Summon(s) Proposed Summons)(Stern, Barbara) (Entered: 12/29/2023) |
| 12/29/2023 | Ï 2 | Clerks Notice of Judge Assignment to Judge Rodney Smith. Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Panayotta Augustin−Birch is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. (nwn) (Entered: 01/02/2024) |
| 01/02/2024 | Ï 3 | FORM AO 120 SENT TO DIRECTOR OF U.S. PATENT AND TRADEMARK (Attachments: # 1 Complaint & Exhibits) (nwn) (Entered: 01/02/2024) |
| 01/02/2024 | Ï 4 | Summons Issued as to SentinelOne, Inc. (nwn) (Entered: 01/02/2024) |
| 01/02/2024 | Ï 5 | Bar Letter re: Admissions sent to attorney Randall Garteiser, mailing date January 2, 2024. (cw) (Entered: 01/02/2024) |
| 01/18/2024 | Ï 6 | Unopposed Motion for Extension of Time to File Response/Reply/Answer as to 1 Complaint by SentinelOne, Inc.. Attorney Jodi−Ann Rene Tillman added to party SentinelOne, Inc.(pty:dft). Responses due by 2/1/2024. (Attachments: # 1 Text of Proposed Order)(Tillman, Jodi−Ann) Modified Relief on 1/19/2024 (ls). (Entered: 01/18/2024) |
| 01/19/2024 | Ï 7 | Clerk's Notice to Filer re 6 Unopposed MOTION for Extension of Time to Respond to Plaintiff's Original Complaint for Patent Infringement re 1 Complaint,. **Filer Selected the Wrong Motion Relief(s)**; ERROR − The Filer selected the wrong motion relief(s) when docketing the motion. The correction was made by the Clerk. It is not necessary to refile this document but future motions filed must include applicable reliefs. (ls) (Entered: 01/19/2024) |
| 01/19/2024 | Ï 8 | PAPERLESS ORDER granting in part and denying in part 6 Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. Defendant shall file its response by **February 26, 2024**. Signed by Judge Rodney Smith on 1/19/2024. (cbn) (Entered: 01/19/2024) |
| 01/26/2024 | Ï 9 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Gene W. Lee. Filing Fee $ 200.00 Receipt # AFLSDC−17245898 by SentinelOne, Inc.. Attorney Joseph William Bain added to party SentinelOne, Inc.(pty:dft). Responses due by 2/9/2024. (Attachments: # 1 Certification of Gene W. Lee, # 2 Order Granting Motion to Appear Pro Hac Vice – Gene W. Lee)(Bain, Joseph) (Entered: 01/26/2024) |
| 01/26/2024 | Ï 10 | PAPERLESS ORDER granting 9 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Gene W. Lee. Signed by Judge Rodney Smith on 1/26/2024. (cbn) (Entered: 01/26/2024) |

| | | |
|---|---|---|
| 01/26/2024 | 11 | ORDER REQUIRING JOINT SCHEDULING REPORT, CERTIFICATES OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENTS. Joint Scheduling Report due by 2/23/2024 Signed by Judge Rodney Smith on 1/26/2024. *See attached document for full details.* (nan) (Entered: 01/29/2024) |
| 02/22/2024 | 12 | Unopposed MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Randall Garteiser. Filing Fee $ 200.00 Receipt # AFLSDC–17311721 by Speech Transcription, LLC. Responses due by 3/7/2024. (Attachments: # 1 Certification, # 2 Text of Proposed Order)(Stern, Barbara) (Entered: 02/22/2024) |
| 02/22/2024 | 13 | PAPERLESS ORDER granting 12 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Randall Thomas Garteiser. Signed by Judge Rodney Smith on 2/22/2024. (cbn) (Entered: 02/22/2024) |
| 02/23/2024 | 14 | Defendant's Certificate of Other Affiliates/Corporate Disclosure Statement – NONE disclosed by SentinelOne, Inc. (Bain, Joseph) (Entered: 02/23/2024) |
| 02/23/2024 | 15 | Corporate Disclosure Statement by Speech Transcription, LLC (Stern, Barbara) (Entered: 02/23/2024) |
| 02/23/2024 | 16 | Joint SCHEDULING REPORT – **Rule 16.1** by Speech Transcription, LLC (Attachments: # 1 Text of Proposed Order)(Stern, Barbara) (Entered: 02/23/2024) |
| 02/23/2024 | 17 | Clerk's Notice to Filer re 15 Certificate of Other Affiliates/Corporate Disclosure Statement. **Other Affiliates/Corporate Parents Not Entered**; ERROR – The Filer failed to enter all Other Affiliates/Corporate Parents from the Certificate of Other Affiliates/Corporate Disclosure Statement. Filer is instructed to refile their Certificate of Other Affiliates/Corporate Disclosure Statement and enter the missing Other Affiliates/Corp Parents. Note – Other Affiliates/Corporate Parents do not appear on the docket sheet. (ebz) (Entered: 02/26/2024) |
| 02/26/2024 | 18 | Joint Election to Jurisdiction for Final Disposition of Motions . Filed by SentinelOne, Inc. (Bain, Joseph) (Entered: 02/26/2024) |
| 02/26/2024 | 19 | Defendant's MOTION to Dismiss 1 Complaint, *Plaintiff Original Complaint for Patent Infringement And Memorandum of Law In Support* by SentinelOne, Inc.. Responses due by 3/11/2024. (Bain, Joseph) (Entered: 02/26/2024) |
| 02/28/2024 | 20 | Stipulation And Joint Motion to Transfer The Case to The Northern District of California by SentinelOne, Inc.. (Attachments: # 1 Text of Proposed Order)(Bain, Joseph) Modified text on 2/29/2024 (ebz). (Entered: 02/28/2024) |
| 02/29/2024 | 21 | ORDER GRANTING STIPULATION AND JOINT MOTION TO TRANSFER THE CASE TO THE NORTHERN DISTRICT OF CALIFORNIA. ORDER granting 20 Motion. ORDERED that the parties' Stipulation and Joint Motion to Transfer the Case to the Northern District of California [DE 20 ] is GRANTED. The Clerk is directed to transfer this case to the Northern District of California Signed by Judge Rodney Smith on 2/29/2024. *See attached document for full details.* (nan) (Entered: 02/29/2024) |