United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPEECH TRANSCRIPTION, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SENTINELONE, INC.,<br><br>　　　　　　　Defendant. | Case No. 24-cv-01228-JSC<br><br>**CLERK'S NOTICE RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 29 |

TO ALL PARTIES AND COUNSEL OF RECORD:

This action was reassigned to Judge Jacqueline Scott Corley for all-purposes. Please take notice that the initial case management conference is rescheduled to **May 9, 2024 at 1:30 p.m.,** by Zoom videoconference (**ZOOM Meeting ID:** 161 366 1817/**Password:** 924619) before Judge Jacqueline Scott Corley. A case management conference statement shall be filed seven days prior to the conference. Any request to reschedule the above date shall be made in writing, and, if possible, by stipulation. For a copy of Judge Corley's Standing Order and other information, please refer to the Court's website at www.cand.uscourts.gov.

Dated: March 15, 2024

　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Ada Means, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable Jacqueline Scott Corley