United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPEECH TRANSCRIPTION, LLC,

      Plaintiff,

    v.

SENTINELONE, INC.,

      Defendant.

Case No. 24-cv-01228-JSC

**PRETRIAL ORDER NO. 1: INITIAL CASE DEADLINES**

Following the initial case management conference held on May 9, 2024, the Court orders as follows:

1. Plaintiff Files Amended Complaint:              May 16, 2024

2. Defendant Responds to Amended Complaint:     May 23, 2024

3. Hearing on Motion to Dismiss and Further Case

    Management Conference:                      June 27, 2024[1]

4. Plaintiff's Infringement Contentions (Patent L.R. 3-1, 3-2): May 23, 2024

5. Defendant's Invalidity Contentions (Patent L.R. 3-3, 3-4): July 11, 2024

The Court will further discuss ADR with the parties are the June 27, 2024 proceeding.

**IT IS SO ORDERED.**

Dated: May 9, 2024

JACQUELINE SCOTT CORLEY
United States District Judge

---

[1] If a motion to dismiss is filed, the June 27 hearing will be in person at the San Francisco Courthouse at 10:00 a.m.  If Defendant answers, the Court will go forward with the further case management conference at 1:30 p.m. via Zoom video.