Randall T. Garteiser (CA State Bar No. 231821)
  rgarteiser@ghiplaw.com
GARTEISER HONEA – IP TRIAL BOUTIQUE
119 W Ferguson, Tyler, TX  75702
Telephone: (888) 908-4400

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEECH TRANSCRIPTION, LLC<br>    Plaintiff,<br><br>              v.<br><br>SENTINELONE, INC,<br>    Defendants. | Case No. 3:24-cv-01228-JSC |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Speech Transcription, LLC respectfully submits this notice of voluntary dismissal with prejudice of defendant SentinelOne, Inc.  SentinelOne has neither filed an Answer nor a Motion for Summary Judgment.

Dated: May 17, 2024

Respectfully served,
GARTEISER HONEA, PLLC

*/s/ Randall Garteiser*
Randall Garteiser
CA State Bar No. 231821
rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2024, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

*/s/ Randall Garteiser*
Randall Garteiser